Judgment in a Civil Case

## United States District Court
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION AND PEOPLE OF THE STATE OF NEW YORK, by ERIC T. SCHNEIDERMAN, Attorney General of the State of New York, | **JUDGMENT IN A CIVIL CASE** CASE NUMBER: 15-CV-875-A |

FEDERAL TRADE
COMMISSION AND PEOPLE
OF THE STATE OF NEW YORK,
by ERIC T. SCHNEIDERMAN,
Attorney General of the State of New York,

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 15-CV-875-A

                                        Plaintiffs

                  v.

KELLY S. BRACE, ET AL,

                              Defendants,

and

JOELLE J. LECLAIRE,

                        Relief Defendant


☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:   that a judgment in the amount of $18,430,993.00 is entered in favor of the Plaintiff's against the Defendants, jointly and severally, as equitable monetary relief. Defendants are ordered to pay to the Commission $151,893.00 within 60 days of entry of the Order.Upon such payment, the remainder of the judgment is suspended, subject to the subsections in the Stipulated Order.


       Date: August 22, 2016              MARY C. LOEWENGUTH
                                          CLERK OF COURT

                                          By: s/K.McMillan
                                                Deputy Clerk