UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

FEDERAL TRADE COMMISSION
                   Plaintiff

-vs-                                           **NOTICE OF MOTION**


KELLY BRACE,                          Civil Action No: 15-CV-875-A
                     Defendant.
_____

| | |
|---|---|
| MOTION BY: | Frank M. Bogulski as attorney for Defendant Kelly Brace |
| DATE, TIME & PLACE: | Before Hon. Richard J. Arcara, United States District Court, 2 Niagara Square Buffalo, NY on a date scheduled by the court. |
| SUPPORTING PAPERS: | Affirmation of Frank M. Bogulski, Esq. dated October 30, 2017 |
| RELIEF REQUESTED: | Order unfreezing Defendant's assets |
| DATED: | October 30, 2017 Buffalo, New York |

/s/ FRANK M. BOGULSKI
FRANK M. BOGULSKI
Attorney for Defendant
*Kelly Brace*
286 Delaware Ave. Suite B
Buffalo, New York 14202
(716) 649-0090

TO:   James M. Morrissey, Esq.
       Matthew J. Wilshire, Esq.
       Michael D. White, Esq.
       Sangjoon Han, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

FEDERAL TRADE COMMISSION

                       Plaintiff,

    v.                                  **MOTION TO UNFREEZE ASSETS**

KELLY BRACE

                     Defendants.      **Civil Action No. 15-CV-875-A**

_____

I, Frank M. Bogulski, am an attorney licensed to practice in the State of New York, duly affirm the following:

1.   I represent the Defendant, Kelly Brace, in the above-captioned matter.

2.   On or about August 11, 2016, Mr. Brace and the Federal Trade Commission entered into a negotiated settlement of this matter.

3.   Prior to settling the case, Mr. Brace's assets had been frozen pursuant to a temporary restraining order.

4.   As of October 16, 2017, Mr. Brace has fully and completely satisfied all financial obligations required by the settlement. Consequently, we are bringing this motion to unfreeze his assets.

5.   Attached as Exhibit A is an email from Simon Han from the Federal Trade Commission, indicating that the Government does not object to the unfreezing of Mr. Brace's assets.

**WHEREFORE**, Defendant Kelly Brace requests that the Court sign an order allowing for Mr. Brace's assets to be unfrozen.

DATED:     Buffalo, NY
              October 30, 2017

                                      /s/ Frank M. Bogulski
                                       Frank M. Bogulski
                                 Attorney for Defendant
                                      *Kelly Brace*
                      286 Delaware Avenue, Suite B
                                     Buffalo, NY 14202
                                      (716) 649-0090

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

FEDERAL TRADE COMMISSION
                              Plaintiff

-vs-                                                **PROPOSED ORDER TO**
                                                  **UNFREEZE ASSETS**

KELLY BRACE,                                 Civil Action No: 15-CV-875-A
                                 Defendant.
_____

Whereas the Federal Trade Commission filed a lawsuit against:

- Braclaire Management, LLC

- Credit Clear Solutions, LLC

- Solidus Group, LLC

- Solidus Solutions, LLC

- Kelly Brace

Whereas the Court granted the FTC's request for a temporary restraining order. That

temporary order also involved freezing Mr. Brace's business bank accounts as well his 401.K;

On or about August 11, 2016 the parties negotiated a settlement of the lawsuit;

Whereas part of that settlement involved making payment to the Federal Trade

Commission;

On October 16, 2017, the Federal Trade Commission represented by Simon Han

indicated the because Kelly Brace has paid all fines to the Federal Trade Commission they would

consent to unfreezing all assets, including his 401.K;

**IT IS ORDERED:** The asset freeze of October 6, 2015 is hereby lifted and all of Mr.

Brace's assets that were encumbered are now unfrozen and free for him to draw on.

**It is so Order, this _____day of _____, 2017.**

_____
Honorable Richard Arcara
United States District Judge